Richard C. Miller, F0458
**BANES HOREY BERMAN & MILLER, LLC**
Suite 201, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: RMiller@pacificlawyers.law

*Attorneys for Plaintiffs*

F I L E D
Clerk
District Court

MAR 31 2021

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD.,** and **IDS DEVELOPMENT MANAGEMENT & CONSULTANCY,**<br><br>Defendants. | Case No. 1:20-CV-00031<br><br>**ORDER** |

The Court has reviewed Plaintiffs' First Status Report on Service on Defendant IDS Development Management & Consultancy ("IDS"), filed March 31, 2021 (ECF Nos. 32, 32-1), and finds good cause to extend the time to serve IDS **to June 3, 2021,** by which date Plaintiffs shall file either proof of service, or a second status report showing good cause for a further extension of time, or a motion to dismiss under Federal Rule of Civil Procedure 41(a).

SO ORDERED this 31st day of March, 2021.

_____
HON. RAMONA V. MANGLONA
Chief Judge