Richard C. Miller, F0458
BANES HOREY BERMAN & MILLER, LLC
Suite 201, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: RMiller@pacificlawyers.law

*Attorneys for Plaintiffs*

### IN THE DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD., and IDS DEVELOPMENT MANAGEMENT & CONSULTANCY,<br><br>Defendants. | Case No. 1:20-CV-00031<br><br>PROOF OF SERVICE |

I hereby certify that I served the following on Remy Mafnas, Legal Assistant of Imperial Pacific International (CNMI), LLC, on February 12, 2021, at around **2:17** a.m./**p.m.** in Capitol Hill, Saipan:

1. Plaintiffs' Motion to Compel Discovery from the IPI Defendants Pursuant to Fed. R. Civ. P. 37, dated July 2, 2021
2. Exhibits 1, 2, 3, 4, and 5 attached thereto.
3. Declaration of Richard C. Miller attached thereto.

Dated this **12th** day of July, 2021.

Thomas S. Salas, Process Server