**Richard C. Miller, F0458**
**BANES HOREY BERMAN & MILLER, LLC**
**Suite 201, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950**
**Tel.: (670) 234-5684**
**Fax: (670) 234-5683**
**Email: RMiller@pacificlawyers.law**

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, et al., | ) CIVIL CASE NO. 20-CV-00031 |
| | ) |
| **Plaintiffs,** | ) |
| | ) MOTION TO CONTINUE HEARING |
| **vs.** | ) |
| | ) |
| IMPERIAL PACIFIC INTERNATIONAL | ) |
| (CNMI), LLC, et al., | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

Undersigned counsel respectfully requests that the Court continue the hearing it set for August 5, 2021, to a date no sooner than August 9, 2021. Counsel will be off island August 2–6. A copy of the notice that went out this morning is attached hereto.

Respectfully submitted this 19th day of July, 2021.

BANES HOREY BERMAN & MILLER, LLC
*Attorneys for Plaintiffs*

_____/s/_____
by Richard C. Miller, F0458