Richard C. Miller, F0458
BANES HOREY BERMAN & MILLER, LLC
Suite 201, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: RMiller@pacificlawyers.law

*Attorneys for Plaintiffs*

F I L E D
Clerk
District Court
JUL 20 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, et al.,<br><br>   Plaintiffs,<br><br>  vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, et al.,<br><br>   Defendants. | CIVIL CASE NO. 1-20-CV-00031<br><br>ORDER GRANTING<br>CONTINUANCE OF HEARING |

For cause shown by motion of Plaintiffs (ECF No. 42), the motion hearing in this matter set for August 5, 2021, at 1:30 p.m., is continued to August 12, 2021, at 9:00 a.m.

SO ORDERED this 20th day of July, 2021.

_____
RAMONA V. MANGLONA
Chief Judge