**Richard C. Miller, F0458**
**BANES HOREY BERMAN & MILLER, LLC**
**Suite 201, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950**
**Tel.: (670) 234-5684**
**Fax: (670) 234-5683**
**Email: RMiller@pacificlawyers.law**

*Attorneys for Plaintiffs*

# IN THE DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, *et al.*, | ) Case No. 1:20-CV-00031 |
| Plaintiffs, | ) **MOTION TO APPEAR BY TELEPHONE** <br> ) **AT AUGUST 12, 2021 HEARING** |
| vs. | ) |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, *et al.*, | ) |
| Defendants. | ) |

  Counsel for Plaintiffs respectfully requests permission to appear telephonically at the hearing in this matter set for August 12, 2021, at 9:00 a.m. Counsel returned to Saipan from Guam on August 9, but due to new government measures to stem the spread of Covid-19 in the CNMI, he will be on home quarantine at least through August 13.

  Respectfully submitted this 9th day of August, 2021.

            BANES HOREY BERMAN & MILLER, LLC

            _____/s/_____
            Richard C. Miller