F I L E D
Clerk
District Court

AUG 11 2021

for the Northern Mariana Islands
By _____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ÖZCAN GENÇ, et al., | ) Civil Case No. 1:20-cv-00031 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **ORDER ALLOWING PLAINTIFF TO** |
| | ) **APPEAR BY VIDEO TELECONFERENCE** |
| IMPERIAL PACIFIC INTERNATIONAL | ) |
| (CNMI), LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Before the Court is Plaintiff's Motion to Appear by Telephone at the August 12, 2021 Hearing (ECF No. 46). Good cause being established, the Court GRANTS Plaintiff's request to appear remotely. However, Plaintiff is to appear by Zoom video teleconference rather than telephonically. Plaintiff is directed to contact the Clerk's Office to receive instructions for his Zoom appearance at the August 12, 2021 9:00 a.m. hearing.

SO ORDERED this 11th day of August, 2021.

_____
RAMONA V. MANGLONA
Chief Judge