FILED
Clerk
District Court
AUG 12 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

## Civil Minutes

1: 20 -cv- 000031

Date: August 12, 2021

Start Time: 9:00 am    End Time: 9:25 am

**OZCAN GENC et al., -v- IMPERIAL PACIFIC INTERNATIONAL (CNMI LLC) et al.,**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
GRETCHEN SMITH, LAW CLERK
FRANCINE ATALIG, COURTROOM DEPUTY
HEIDI DOOGAN, COURT REPORTER
CLEMENT BERMUDES, CLERK INTERN
DANTE FERNANDEZ, LAW CLERK INTERN
CHRISTIAN HANK, LAW CLERK INTERN
RICHARD MILLER, ATTORNEY FOR PLAINTIFFS (via vtc)
RAY YUMUL, IPI CEO

PROCEEDING: MOTION TO COMPEL

Taken under advisement: ◯ Yes   ◯ No   ⦿ N/A

Ray Yumul reported to the Court regarding counsel.

Court addressed Plaintiff's Motion to Compel Discovery. Attorney Miller made arguments.

Court granted Attorney Miller's request to withdraw Plaintiff's Motion to Compel, ECF NO. [40]. Attorney Miller requested that subpoenas be issued for depositions.

Mr. Yumul confirmed that he will receive service of process via email. Mr. Yumul apprised the Court that Ms. Remy Mafnas is no longer with IPI.

---END OF MINUTES---

Next hearing date: n/a