# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

**Civil Minutes**

FILED
Clerk
District Court
FEB 18 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

1: 20 -cv- 000031

Date: February 18, 2022

Start Time: 1:45 pm    End Time: 2:10 pm

**OZCAN GENC et al., -v- IMPERIAL PACIFIC INTERNATIONAL (CNMI LLC) et al.,**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
GRETCHEN SMITH, LAW CLERK
FRANCINE ATALIG, COURTROOM DEPUTY
RICHARD MILLER, ATTORNEY FOR PLAINTIFFS
---END OF PARTICIPANTS---

PROCEEDING: STATUS CONFERENCE

Taken under advisement:  ☐ Yes  ☐ No  ☉ N/A

Court apprised counsel it was prepared to rule on Plaintiffs' Motion for Entry of Partial Default Judgment.

Court granted Plaintiffs Partial Default Judgment, ECF NO. [16], in favor of Plaintiffs against Defendant for both FLSA causes of action totaling $477,935.91 plus attorneys fees and post judgment interest. Court to issue a decision.

Attorney Miller to discuss with his clients regarding Rule 54 judgment and will file by the end of next week Plaintiffs' position.

Court further addressed the 75 remaining Turkish workers who have not had notice of the class action.

Attorney Miller to submit by March 4, 2022 its position as to how it will move forward with the class action. A suggested hearing date of March 11, 2022 at 1:30pm was offered. If no hearing needed, counsel is to indicate that no hearing is needed.
---END OF MINUTES---

Next hearing date: n/a

**CERTIFICATE OF OFFICIAL COURT RECORDER**

I, Francine Atalig, certify that I am a duly appointed Courtroom Deputy for the United States District Court for the Northern Mariana Islands, and I was present in the courtroom of this court on February 18, 2022. On this date during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the above entitled case. I have played back the recording and certify that it is a true and correct record of the proceedings, that is sufficiently intelligible when played on the FTR Touch, that it can be transcribed without undue difficulty, and that I have filed the original recording with the Clerk of Court, as required by 28 U.S.C. § 753(b).