1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NOTICE OF PENDENCY OF CLASS ACTION

**TO: All Turkish nationals with whom Defendants contracted to work in construction of the Imperial Palace Hotel in Saipan in 2020 under the H-2B temporary non-agricultural workers program.**

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

This Notice is given pursuant to Federal Rule of Civil Procedure 23 and by Order of the United States District Court for the Northern Mariana Islands (the "Court"). You are receiving this Notice regarding a class action lawsuit against Imperial Pacific International (CNMI) LLC and Imperial Pacific International Holdings, Ltd. ("IPI"), because if you are a Class Member, your rights will be affected by this lawsuit. The title of the lawsuit is <u>Özcan Genç, Hasan Gökçe, and Süleyman Köş, on behalf of themselves and all other persons similarly situated, *vs.* Imperial Pacific International (CNMI), LLC, and Imperial Pacific International Holdings Ltd.</u>, Case No. 20-cv-00031 ("the Lawsuit").  The Court has ordered that this Notice be sent to you.

### Frequently Asked Questions

#### Why did I get this Notice?

You are receiving this notice because IPI's records show that you are a member of a class of Turkish citizens admitted to the United States in 2020 under the H-2B temporary non-agricultural worker program to work in construction of the Imperial Palace Hotel in Saipan. You have legal rights and options that you may exercise before the Lawsuit proceeds further.

#### What is the Lawsuit about?

The Plaintiffs claim that IPI made promises to induce them to sign a contract (Taahhütname) to come to Saipan and help build the Imperial Palace Hotel; that the contract promised a certain level of monthly wages as well as many benefits, such as meals made by a Turkish cook, life insurance, sick leave, and the airfare for home leave after the first six months of employment; and that IPI breached the contract and harmed Plaintiffs by failing to pay all promised wages and deliver all promised benefits.

When IPI failed to appear in Court to defend itself in the Lawsuit, Plaintiffs requested that the Clerk enter IPI's default, and on December 17, 2020, the Clerk entered IPI's default.

On March 3, 2021, the Court determined that the Lawsuit may proceed as a class action pursuant to Federal Rule of Civil Procedure 23.

In September 2021, IPI provided a list of the names of all Turkish citizens admitted to the United States in 2020 under the H-2B temporary non-agricultural worker program to work in construction of the Imperial Palace Hotel in Saipan. Your name was on that list.

**Who is a Class Member?**

The Court has decided that the following people are members of the Class: All Turkish citizens admitted to the United States in 2020 under the H-2B temporary non-agricultural worker program to work in construction of the Imperial Palace Hotel in Saipan. If this definition fits you, then you are a Class Member.

**Who represents the Class?**

Plaintiffs' counsel, whom the Court has appointed to represent the class in this Lawsuit, is attorney Richard C. Miller, of the law firm Banes, Horey, Berman & Miller, LLC ("Class Counsel"). Class Counsel may be contacted at the postal and email addresses listed below.

**What are my options?**

> You can DO NOTHING: If you do nothing, you will a Class Member and be part of the Class Action. You will be bound by the outcome of the Lawsuit and will give up your right to sue IPI separately about the same legal claims as in the Lawsuit. If the outcome is favorable to the Class, you will participate in any money judgment that the Court awards. At this time, although IPI's default has been entered, no judgment has yet been entered.

> You can ENTER AN APPEARANCE THROUGH AN ATTORNEY: If you remain in the Class but want your own attorney to appear for you in the Lawsuit, you may enter an appearance through your own attorney, at your own expense.

> You can EXCLUDE YOURSELF: If you exclude yourself, you will not be part of the Class Action. You will keep any rights to sue IPI separately and assert the same legal claims as in this Lawsuit. To be excluded, you must sign a written request to be excluded and mail it to Class Counsel. You may mail the signed request by regular postal service, or you may scan the signed request and send the scan by email. Class Counsel's postal and email addresses are listed below. To be excluded from the Class Action, you must postmark by regular postal service or send by email a signed request on or before _____, 2022.

**Where can I get more information?**

If you have any questions, you may contact Class Counsel at the addresses and telephone number listed below. The Complaint and other records in the Lawsuit may be examined online by accessing the Court docket in this case, for a fee, through the U.S. Courts PACER system at http://pacer.uscourts.gov/.

If calling by telephone, please be prepared to speak in English. Neither Class Counsel nor any Law Firm staff speaks Turkish. However, written inquiries may be made in Turkish, as Class Counsel is able to have them translated into English and to have his response translated into Turkish.

**Send requests for exclusion and requests for more information to:**

Via email: **20cv31ClassAction@gmail.com**

If you are sending a request for exclusion, please put "REQUEST FOR EXCLUSION" in the subject line.

Via postal mail:

**20cv31 Class Action**
**c/o Banes Horey Berman & Miller, LLC**
**P.O. Box 501969**
**Saipan, MP 96950 U.S.A.**

Via telephone: **+1 670 234-5684** (English only)

**REQUEST FOR EXCLUSION FROM CLASS ACTION LAWSUIT**

I, (print full name)_____, wish to be excluded from the Class Action Lawsuit captioned Özcan Genç, Hasan Gökçe, and Süleyman Köş, on behalf of themselves and all other persons similarly situated, *vs.* Imperial Pacific International (CNMI), LLC, and Imperial Pacific International Holdings Ltd., Case No. 20-cv-00031, in the United States District Court for the Northern Mariana Islands.

_____   _____
Signature                                                    Date

3