**Richard C. Miller, F0458**
**BANES HOREY BERMAN & MILLER, LLC**
**Suite 201, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950**
**Tel.: (670) 234-5684**
**Fax: (670) 234-5683**
**Email: RMiller@pacificlawyers.law**

*Attorneys for Plaintiffs*

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all other persons similarly situated,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,** and **IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD.,**<br><br>**Defendants.** | Civil Case No. 1:20-cv-00031<br><br>**STATUS UPDATE TO MOTION TO APPROVE CLASS NOTICE**<br><br>Judge: Manglona, C.J.<br>Hearing: March 11, 2022<br>Time: 1:30 p.m. |

Plaintiffs submit this status update prior to the March 11 hearing on their Motion to Approve Class Notice (ECF No. 54) to apprise the Court of further information about the progress of securing class members' contact information.

Plaintiffs have compiled telephone numbers and postal addresses for 101 individuals out of the 104 named in the Excel spreadsheet obtained from IPI.[1] Plaintiffs do not have reliable email addresses for them, but they could receive notices electronically as PDFs or GIFs via

---

[1] Class counsel will send this updated spreadsheet to the Court's USDCNMI inbox. The three persons on IPI's list for whom Plaintiffs do not have personal contact information – Caner Aksu, Volkan Koymen, and Mustafa Turan – were supervisors from former Defendant IDS Development Management Consultancy.

1

WhatsApp. Notices could also be sent out by First Class Mail. The cost would be $1.65 (up to 2 ounces) or $2.40 (up to 3 ounces) per letter.

Also, Plaintiffs have arranged for a professional translation service in Turkey to provide a certified translation of the notice into Turkish.

Respectfully submitted this 9th day of March, 2022.

                              BANES HOREY BERMAN & MILLER, LLC

                              /s/

                              by Richard C. Miller, F0458
                              Attorney for Plaintiff