AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all others similarly situated )
*Plaintiff* )
v. ) Civil Action No. 1:20-cv-00031
IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC and ~~IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD.~~ )
*Defendant* )

**FILED**
Clerk
District Court
MAR 16 2022
for the Northern Mariana Islands
By _____
(Deputy Clerk)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The Court directs the Clerk of Court to enter final judgment in favor of Plaintiffs in the amount of $477,935.91. Plaintiff shall also be awarded post judgment interest as well as attorneys' fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Ramona V. Manglona on a motion for Motion to Certify Partial Default Judgment under Rule 54(b) of the Federal Rules of Civil Procedure (ECF 53).

Date: 3/16/2022

CLERK OF COURT

**HEATHER L. KENNEDY**
*Signature of Clerk or Deputy Clerk*