F I L E D
Clerk
District Court
MAR 18 2022
for the Northern Mariana Islands
By_____(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:20-cv-00031                                                                 March 18, 2022
                                                                              1:30 p.m.

**OZCAN GENC et al., -vs- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC. et al.,**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           GRETCHEN SMITH, LAW CLERK
           HEIDI DOOGAN, COURT REPORTER
           FRANCINE ATALIG, COURTROOM DEPUTY
           RICHARD MILLER, ATTORNEY FOR PLAINTIFF

PROCEEDINGS:   MOTION TO APPROVE CLASS NOTICE

Court addressed Motion to Approve Class Notice. Attorney Miller argued in support of the motion.

Attorney Miller to submit a declaration by Ozcan Genc attesting to the Turkish translation service provider's translation of the class action notice and confirming the individuals who are listed to receive notice of the class action including the 72 potential class members who have yet to be noticed, 29 who are already noticed, and the 3 supervisors of IDS. Declaration to also identify source of individual names and contact information.

Court approved electronic service such as email or whatsapp transmission. Court further approved postal mail even if it is to be sent out from within the country of Turkey.

Exclusion from class action postmarked no later than Thursday, June 16, 2022.

Attorney Miller to attach as an exhibit to the declaration a list of approved notice and to attach an unredacted and a redacted version. The unredacted version is to be provided to the clerk's office to be attached and sealed.

Court granted Plaintiff's Motion to Approve Class Notice, ECF NO. [54].

Attorney Miller to submit a proposed order.

                                                       Adjourned at 2:15 p.m.
                                                       /s/ Francine Atalig, Courtroom Deputy