



**TL Hesabı**

**İsim:** Tolga SÜLOĞLU
**Şube:** 156 – Meşrutiyet Şubesi
**Hesap No:** 86111094
**IBAN:** TR85 0006 7010 0000 0086 1110 94



**TL Hesabı**
(En Para)
**İsim:** Tolga SÜLOĞLU
 **IBAN:** TR87 0011 1000 0000 0092 8291 06



**TL Hesabı**

**İsim:** Tolga SÜLOĞLU
**IBAN:** TR60 0006 4000 0014 2291 3872 96

**İNFOYED YURTDIŞI EĞİTİM & YEMİNLİ TERCÜME HİZMETLERİ**
*Meşrutiyet caddesi 15 / 28 Kızılay  Ankara*
*Tel:  0312 419 20 99   Fax: 0312 419 20 98*