Richard C. Miller, F0458
BANES HOREY BERMAN & MILLER, LLC
Suite 201, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: RMiller@pacificlawyers.law

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC and IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD.,<br><br>Defendants. | Case No.. 1:20-CV-00031<br><br>**ORDER APPROVING CLASS NOTICE** |

On March 18, 2022, this matter came on for a hearing on Plaintiffs' Motion to Approve Class Notice (ECF No. 54), along with the proposed Notice of Pendency of Class Action ("Notice," ECF No. 54-1) and a Status Update (ECF No. 56) apprising the Court of Plaintiffs' progress in securing class members' contact information. Class counsel Richard C. Miller appeared for Plaintiffs. Defendants did not appear.

In the hearing, class counsel submitted to the Court two exhibits: (1) a printout of an Excel spreadsheet bearing contact information (address and phone number) for 104 class members named in discovery from Defendant Imperial Pacific International (CNMI), LLC; and

1

(2) a printout of a webpage from Infoyed, a Turkish certified translation service that Plaintiffs propose to engage to translate the Notice.

Based on the moving papers and exhibits and the responses of class counsel to the Court's questions, the Court GRANTS the Motion to Approve Class Notice. The Court finds that the proposed Notice meets the requirements of Rule 23 of the Federal Rules of Civil Procedure. The Court orders that individual Notice be sent, in English and Turkish, to each of the 104 identified class members, by direct messaging and by regular postal service (either U.S. Mail or equivalent national postal service in Turkey). The Court finds good cause to conclude that all class members have been identified, and that the proposed means of notice is "the best notice that is practicable under the circumstances[.]" Fed. R. Civ. P. 23(c)(2)(B).

Wherefore, the Court ORDERS as follows:

(1) Class counsel shall submit to the Court a sworn declaration by someone with personal knowledge that (i) Plaintiffs have arranged for Infoyed to provide a certified Turkish translation; (ii) the spreadsheet submitted together with the declaration contains, to the best of declarant's knowledge, current contact information for all class members; (iii) that all known class members are named in the spreadsheet. A redacted version of the spreadsheet, redacting class members' contact information, shall be filed publicly on CM-ECF as an exhibit to declaration, and the unredacted spreadsheet shall be provided to the Clerk's Office for filing under seal.

(2) The Notice shall state that to be excluded from the class action, the class member must postmark by regular postal service or send by email a signed request for exclusion on or before June 16, 2022.

(3) Class counsel shall submit to the Court copies of the revised Notice, in English and Turkish (together with translator's certification), for final approval before sending them out to class members.

(4) After final approval, class counsel shall submit a declaration or declarations attesting that the Notices have been sent out to all class members.

SO ORDERED this 21st day of March, 2022.

Hon. Ramona V. Manglona
Chief Judge