Richard C. Miller, F0458
BANES HOREY BERMAN & MILLER, LLC
Suite 201, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: RMiller@pacificlawyers.law
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC and IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD., <br><br> Defendants. | Case No.. 1:20-CV-00031 <br><br> **MOTION FOR PERMISSION TO SEND OUT CLASS NOTICE** |

Plaintiffs request authorization from the Court to send out to class members the class action notice that the Court approved on March 18, 2022 (Minutes, ECF No. 58). Pursuant to the Court's instructions, class counsel also files herewith as exhibits (1) a declaration by Plaintiff Özcan Genç attesting to the certified Turkish translation of the class action notice and the contact information of class members; (2) the certified Turkish translation and the English original of the notice; and (3) a list of class members with contact information redacted. Separately, also pursuant to the Court's instructions, class counsel will submit to the Clerk an unredacted version of the list of class members and a proposed order.

Respectfully submitted this 28th day of April, 2022.

BANES HOREY BERMAN & MILLER, LLC

_____/s/_____

by Richard C. Miller, Senior Counsel