

## TOPLU DAVANIN DERDESTLİK TEBLİGATI

**ALICI:** H-2B geçici tarım dışı çalışanlar programı ile 2020 yılında Saipan'daki Imperial Palace'ın inşaatında çalışmak için Davalıların anlaşma yaptığı tüm Türk vatandaşları

LÜTFEN BU TEBLİGATI DİKKATLİCE OKUYUN, BU MAHKEMEDE BEKLEYEN BİR TOPLU DAVA NEDENİYLE HAKLARINIZ DURUMDAN ETKİLENEBİLİR.

Bu tebligat, 23 sayılı Federal Medeni Usul Kuralları ve Amerika Birleşik Devletleri Kuzey Mariana Adaları Bölge Mahkemesi ("Mahkeme") Kararına uygun olarak gönderilmiştir. Bir Grup Üyesi olmanız halinde haklarınız bu davadan etkileneceği için Imperial Pacific International (CNMI) LLC ve Imperial Pacific International Holdings, Ltd.'ye ("IPI") karşı açılan bir toplu davaya ilişkin olarak bu tebligatı almaktasınız. Davanın adı <u>Kendileri ve aynı durumdaki benzer kişiler adına Özcan Genç, Hasan Gökçe ve Süleyman Köş Imperial Pacific International (CNMI), LLC ve Imperial Pacific International Holdings Ltd'e karşı</u> olup dava numarası 20-cv- 00031 şeklindedir. Mahkeme bu Tebligatın tarafınıza gönderilmesine karar vermiştir.

### Sıklıkla Sorulan Sorular

**Bu Tebligatı neden aldım?**

Bu tebligatı almanızın nedeni, IPI'nın kayıtlarının 2020 yılında Saipan'da Imperial Hotel'in inşaatında çalışmak için H-2B geçici tarım dışı çalışanlar programı kapsamında Amerika Birleşik Devletleri'ne kabul edilen Türk vatandaşları arasında bulunduğunuzu göstermesidir. Dava daha da ilerlemeden kullanabileceğiniz yasal haklarınız ve seçenekleriniz mevcuttur.

**Davanın konusu ne?**

Davacılar, IPI'nın Saipan'a gelmek için bir sözleşme (Taahhütname) imzalamaya teşvik edilmeleri için sözler verdiğini; bu sözleşmenin belirli bir aylık ücretin yanı sıra Türk bir aşçı tarafından yemeklerin pişirilmesi, sağlık sigortası, hastalık izni ve altı ay çalışma sonrasında aile ziyareti için uçak bileti sağlanması gibi ek haklar içerdiğini ve IPI'nın bu sözleşmeyi ihlal ettiğini ve söz verilen ücretleri ödemeyerek ve yan hakları sağlamayarak Davalılara zarar verdiğini öne sürmektedir.

Davacılar, IPI kendini savunmak için duruşmaya gelmeyince, Katibin IPI'nın temerrüdünü kayıt altına almasını talep etmiş ve 17 Aralık 2020 tarihinde Katip IPI'nın temerrüdünü kayıt altına almıştır.



1

Exhibit 1



1  Mahkeme, 3 Mart 2021 tarihinde, 23 sayılı Federal Medeni Usul Kuralları uyarınca Davanın
2  toplu bir dava olarak devam edebileceğine karar vermiştir.
3  IPI, Eylül 2021'de, 2020 yılında Saipan'da Imperial Hotel'in inşaatında çalışmak için H-2B
4  geçici tarım dışı çalışanlar programı kapsamında Amerika Birleşik Devletleri'ne kabul edilen Türk
   vatandaşlarının bir listesini sunmuştur. Adınız bu listede mevcuttur.

5  **Grup Üyesi kimdir?**

6  Mahkeme, şu kişilerin Grubun üyeleri olduğuna karar vermiştir. 2020 yılında Saipan'da Imperial
7  Hotel'in inşaatında çalışmak için H-2B geçici tarım dışı çalışanlar programı kapsamında Amerika
8  Birleşik Devletleri'ne kabul edilen tüm Türk vatandaşları. Bu tanım size uyuyorsa siz de bir Grup
   Üyesisiniz.

9  **Grubu kim temsil ediyor?**

10 Davacının temsilcisi, Banes, Horey, Berman & Miller, LLC firmasında Mahkemenin bu Davada
11 grubu temsil etmesi için atadığı Avukat Richard C. Miller'dır ("Grup Avukatı"). Aşağıda listelenen
12 yazışma ve e-posta adresleri üzerinden Grup Avukatı ile iletişime geçilebilir.

13 **Seçeneklerim nelerdir?**

14 > HİÇBİR ŞEY yapmayabilirsiniz: Hiçbir şey yapmazsanız bir Grup Üyesi ve Toplu Davanın
15 bir parçası olursunuz. Davanın sonucuna bağlı kalır ve Davadaki ile benzer yasal iddialar hakkında
   IPI'ya bağımsız dava açma hakkından vazgeçmiş olursunuz. Sonuç Grubun lehine çıkarsa Mahkemenin
16 karar verdiği tüm tazminatlara siz de dahil edersiniz. Şu an itibariyle, IPI'nın temerrüdü kayıt altına
17 alınmış olsa da henüz dava ile ilgili bir hüküm tesis edilmemiştir.

18 > BİR AVUKAT ÜZERİNDEN MÜDAHİL OLABİLİRSİNİZ: Grup içerisinde kalmak
19 ancak Davada kendi avukatınızın sizi temsil etmesini isterseniz masrafları kendinize ait olmak üzere
   avukatınız üzerinden davaya müdahil olabilirsiniz.

20 > KENDİNİZİ HARİÇ TUTABİLİRSİNİZ: Kendinizi hariç tutarsanız bu Toplu Davanın
21 bir tarafı olmazsınız. IPI'yı dava etme ve bu davadaki ile benzer yasal iddialarda bulunma hakkınızı saklı
22 tutarsanız. Hariç tutulmak için, bu yönde bir yazılı talep kaleme alıp imzalamalı ve bunu Grup Avukatına
23 postalamalısınız. İmzalı talebinizi normal posta servisi ile postalayabilir veya imzalı talebi tarayıp e-posta
24 yoluyla gönderebilirsiniz. Grup Avukatının yazışma ve e-posta adresleri aşağıda listelenmektedir. Toplu
25 Davadan hariç tutulmak için 16 Haziran 2022 tarihine kadar normal posta servisi veya e-posta ile
   talebini ulaştırmanız gerekmektedir.

26

27

28                                                             2



**Nereden daha fazla bilgi alabilirim?**

Herhangi bir sorunuz olması halinde, aşağıda listelenen adres ve telefon numarasından Grup Avukatı ile temasa geçebilirsiniz. Şikayet ve Davanın diğer kayıtları, http://pacer.uscourts.gov/ adresinde ABD Mahkemeleri PACER sistemi üzerinden ücret karşılığı dosya numarasına erişerek İnternet üzerinden incelenebilir.

Telefonla arayacaksanız lütfen İngilizce konuşmaya hazır olun. Grup Avukatı veya Hukuk Bürosu çalışanları Türkçe bilmemektedir. Ancak, yazılı sorular Türkçe gönderilebilir çünkü Grup Avukatı onları İngilizceye tercüme ettirerek cevabını da Türkçeye çevirtebilir.

**Hariç bırakılma ve daha fazla bilgi taleplerini aşağıdaki adreslere gönderin:**

E-posta: 20cv31ClassAction@gmail.com

Bir hariç bırakılma talebi gönderiyorsanız lütfen konu satırında "HARİÇ BIRAKILMA TALEBİ" ifadesini kullanın.

Posta yoluyla:

**20cv31 Class Action**

**c/o Banes Horey Berman & Miller, LLC**

**P.O. Box 501969**

**Saipan, MP 96950 ABD**

Telefon: **+1 670 234-5684** (Yalnızca İngilizce)

**TOPLU DAVADAN HARİÇ BIRAKILMA TALEBİ**

Ben, <u>(adınız ve soyadınız)</u>, Kuzey Mariana Adalarındaki ABD Bölge Mahkemesi nezdinde açılan <u>Kendileri ve aynı durumdaki benzer kişiler adına Özcan Genç, Hasan Gökçe ve Süleyman Köş Imperial Pacific International (CNMI), LLC ve Imperial Pacific International Holdings Ltd'e karşı</u> adlı ve <u>20-cv- 00031</u> numaralı davadan hariç tutulmayı talep ediyorum.

İmza                                                    Tarih

İşbu belgenin, İNGİLİZCE'den TÜRKÇE'ye çevrildiğini ve çevirinin İNGİLİZCE orijinal belgenin içerik ve anlamını doğru ve eksiksiz bir biçimde yansıttığını tasdik edilir. Yeminli Tercüman SELMA SÜLOĞLU

Its hereby certified that the attached ENGLISH document is translated into TURKISH and the translation accurately reflects the contents and meaning of the ENGLISH original. SELMA SÜLOĞLU Sworn Translator

3

## NOTICE OF PENDENCY OF CLASS ACTION

**TO: All Turkish nationals with whom Defendants contracted to work in construction of the Imperial Palace Hotel in Saipan in 2020 under the H-2B temporary non-agricultural workers program.**

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

This Notice is given pursuant to Federal Rule of Civil Procedure 23 and by Order of the United States District Court for the Northern Mariana Islands (the "Court"). You are receiving this Notice regarding a class action lawsuit against Imperial Pacific International (CNMI) LLC and Imperial Pacific International Holdings, Ltd. ("IPI"), because if you are a Class Member, your rights will be affected by this lawsuit. The title of the lawsuit is <u>Özcan Genç, Hasan Gökçe, and Süleyman Köş, on behalf of themselves and all other persons similarly situated, *vs.* Imperial Pacific International (CNMI), LLC, and Imperial Pacific International Holdings Ltd.</u>, Case No. 20-cv-00031 ("the Lawsuit"). The Court has ordered that this Notice be sent to you.

### Frequently Asked Questions

**Why did I get this Notice?**

You are receiving this notice because IPI's records show that you are a member of a class of Turkish citizens admitted to the United States in 2020 under the H-2B temporary non-agricultural worker program to work in construction of the Imperial Palace Hotel in Saipan. You have legal rights and options that you may exercise before the Lawsuit proceeds further.

**What is the Lawsuit about?**

The Plaintiffs claim that IPI made promises to induce them to sign a contract (Taahhütname) to come to Saipan and help build the Imperial Palace Hotel; that the contract promised a certain level of monthly wages as well as many benefits, such as meals made by a Turkish cook, life insurance, sick leave, and the airfare for home leave after the first six months of employment; and that IPI breached the contract and harmed Plaintiffs by failing to pay all promised wages and deliver all promised benefits.

When IPI failed to appear in Court to defend itself in the Lawsuit, Plaintiffs requested that the Clerk enter IPI's default, and on December 17, 2020, the Clerk entered IPI's default.

1



On March 3, 2021, the Court determined that the Lawsuit may proceed as a class action pursuant to Federal Rule of Civil Procedure 23.

In September 2021, IPI provided a list of the names of all Turkish citizens admitted to the United States in 2020 under the H-2B temporary non-agricultural worker program to work in construction of the Imperial Palace Hotel in Saipan. Your name was on that list.

**Who is a Class Member?**

The Court has decided that the following people are members of the Class: All Turkish citizens admitted to the United States in 2020 under the H-2B temporary non-agricultural worker program to work in construction of the Imperial Palace Hotel in Saipan. If this definition fits you, then you are a Class Member.

**Who represents the Class?**

Plaintiffs' counsel, whom the Court has appointed to represent the class in this Lawsuit, is attorney Richard C. Miller, of the law firm Banes, Horey, Berman & Miller, LLC ("Class Counsel"). Class Counsel may be contacted at the postal and email addresses listed below.

**What are my options?**

> You can DO NOTHING: If you do nothing, you will be a Class Member and be part of the Class Action. You will be bound by the outcome of the Lawsuit and will give up your right to sue IPI separately about the same legal claims as in the Lawsuit. If the outcome is favorable to the Class, you will participate in any money judgment that the Court awards. At this time, although IPI's default has been entered, no judgment has yet been rendered.

> You can ENTER AN APPEARANCE THROUGH AN ATTORNEY: If you remain in the Class but want your own attorney to appear for you in the Lawsuit, you may enter an appearance through your own attorney, at your own expense.

> You can EXCLUDE YOURSELF: If you exclude yourself, you will not be part of the Class Action. You will keep any rights to sue IPI separately and assert the same legal claims as in this Lawsuit. To be excluded, you must sign a written request to be excluded and mail it to Class Counsel. You may mail the signed request by regular postal service, or you may scan the signed request and send the request by email. Class Counsel's postal and email addresses are listed below. To be excluded from the Class Action, you must postmark by regular postal service or send by email a signed request on or before June 16, 2022.

2



**Where can I get more information?**

If you have any questions, you may contact Class Counsel at the addresses and telephone number listed below. The Complaint and other records in the Lawsuit may be examined online by accessing the Court docket in this case, for a fee, through the U.S. Courts PACER system at http://pacer.uscourts.gov/.

If calling by telephone, please be prepared to speak in English. Neither Class Counsel nor any Law Firm staff speaks Turkish. However, written inquiries may be made in Turkish, as Class Counsel is able to have them translated into English and to have his response translated into Turkish.

Send requests for exclusion and requests for more information to:

Via email: **20cv31ClassAction@gmail.com**

If you are sending a request for exclusion, please put "REQUEST FOR EXCLUSION" in the subject line.

Via postal mail:

**20cv31 Class Action**

**c/o Banes Horey Berman & Miller, LLC**

**P.O. Box 501969**

**Saipan, MP 96950 U.S.A.**

Via telephone: **+1 670 234-5684** (English only)

---

**REQUEST FOR EXCLUSION FROM CLASS ACTION LAWSUIT**

I, (print full name)_____, wish to be excluded from the Class Action Lawsuit captioned Özcan Genç, Hasan Gökçe, and Süleyman Köş, on behalf of themselves and all other persons similarly situated, vs. Imperial Pacific International (CNMI), LLC, and Imperial Pacific International Holdings Ltd., Case No. 20-cv-00031, in the United States District Court for the Northern Mariana Islands.

_____     _____
Signature                                                    Date