| Full Name | Contact Number | Full Address | Apply Position |
|---|---|---|---|
| Tevfik Bumin Engür | [redacted] | [redacted] | Construction Supervisor |
| İlker Kılıç | [redacted] | [redacted] | Construction Supervisor |
| Yunus Emre Yazgören | [redacted] | [redacted] | Construction Supervisor |
| Emre Kabataş | [redacted] | [redacted] | Construction Supervisor |
| Ali Güney | [redacted] | [redacted] | Construction Supervisor |
| Ahmet Şenli | [redacted] | [redacted] | Construction Supervisor |
| Şenol Barut | [redacted] | [redacted] | Construction Supervisor |
| Ali Ayoğlu | [redacted] | [redacted] | Construction Supervisor |
| Nuri Çiftçi | [redacted] | [redacted] | Plumber |
| Murat Çiftçi | [redacted] | [redacted] | Plumber |
| Cumali Çiftçi | [redacted] | [redacted] | Plumber |
| Hasan Erdem | [redacted] | [redacted] | Plumber |
| İbrahim Aslan | [redacted] | [redacted] | Plumber |
| Şaban Aslan | [redacted] | [redacted] | Plumber |
| İmdat Doğan | [redacted] | [redacted] | Plumber |
| Hasan Ergün | [redacted] | [redacted] | Plumber |
| Cumaali Koçoğlu | [redacted] | [redacted] | Plumber |
| Ali Akbaş | [redacted] | [redacted] | Plumber |
| Gökhan Çiftçi | [redacted] | [redacted] | Plumber |
| Eşref Demiray | [redacted] | [redacted] | Plumber |
| Onur Çiftçi | [redacted] | [redacted] | Plumber |
| Yusuf Aslan | [redacted] | [redacted] | Plumber |
| Oktay Ateş | [redacted] | [redacted] | Plumber |
| Resul Çakadaş | [redacted] | [redacted] | Plumber |
| Emrah Öncel | [redacted] | [redacted] | Plumber |
| Rıdvan Kurucu | [redacted] | [redacted] | Plumber |
| Yasin Ergün | [redacted] | [redacted] | Plumber |
| Emre Demirci | [redacted] | [redacted] | Plumber |
| Metin Özger | [redacted] | [redacted] | Plumber |
| Hasan Talha Köroğlu | [redacted] | [redacted] | Plumber |
| Hamza Cerit | [redacted] | [redacted] | Plumber |
| Murat Varol | [redacted] | [redacted] | Plumber |
| Üzeyir Karaoğlan | [redacted] | [redacted] | Plumber |
| Okan Andiç | [redacted] | [redacted] | Plumber |
| Emrah Öğüt | [redacted] | [redacted] | Plumber |
| Ömer Karaoğlan | [redacted] | [redacted] | Plumber |
| Ertuğrul Doğan | [redacted] | [redacted] | Electrician |
| Hasan Koç | [redacted] | [redacted] | Electrician |
| Mehmet Safsoylu | [redacted] | [redacted] | Electrician |
| Mehmet Sarıtaş | [redacted] | [redacted] | Electrician |
| Alper Ergene | [redacted] | [redacted] | Electrician |
| Yavuz Kaynak | [redacted] | [redacted] | Electrician |
| Cabir Çoşkun | [redacted] | [redacted] | Electrician |
| Halil Tekin Koç | [redacted] | [redacted] | Electrician |
| Mehmet Çavdar | [redacted] | [redacted] | Electrician |
| Bayram Kara | [redacted] | [redacted] | Electrician |
| İbrahim Işık | [redacted] | [redacted] | Electrician |
| Yakup Kötek | [redacted] | [redacted] | Electrician |
| Murat Çapan | [redacted] | [redacted] | Electrician |
| Berkin Mamo | [redacted] | [redacted] | Electrician |
| Ahmet Yeşil | [redacted] | [redacted] | Carpenter |

Exhibit 2

| | | |
|---|---|---|
| Murat Yaşar | [redacted] | Carpenter |
| Ahmet Şimşek | [redacted] | Carpenter |
| Ebubekir Güneyk | [redacted] | Carpenter |
| Kadir Çelebi | [redacted] | Carpenter |
| Levent Özkan | [redacted] | Carpenter |
| Turgay Çakan | [redacted] | Carpenter |
| Erdem Satır | [redacted] | Carpenter |
| Mustafa Orçun | [redacted] | Carpenter |
| Ferhat Bülbül | [redacted] | Carpenter |
| Eray Doğan | [redacted] | Carpenter |
| Ömer Atar | [redacted] | Carpenter |
| İbrahim Erdoğan | [redacted] | Carpenter |
| Abdulbaki Yaşar | [redacted] | Carpenter |
| Emin Engür | [redacted] | Carpenter |
| Ender Karagöz | [redacted] | Carpenter |
| Gül Mehmethan Cengiz | [redacted] | Carpenter |
| Hazım Yılmaz | [redacted] | Carpenter |
| Murat Engür | [redacted] | Carpenter |
| Mustafa Badem | [redacted] | Carpenter |
| Barış Kurtcu | [redacted] | Carpenter |
| Yücel Babacanoğlu | [redacted] | Carpenter |

**PERSONS IN THE FIRST COURT FILE**

| | | |
|---|---|---|
| Fuat Mert Öztuna | [redacted] | Construction Supervisor |
| Özcan Genç | [redacted] | Carpenter |
| Hasan Gökçe | [redacted] | Plumber |
| Süleyman Köş | [redacted] | Electrician |
| Mehmet Karakaya | [redacted] | Plumber |
| Ahmet Kızmaz | [redacted] | Plumber |
| Sezai Kaya | [redacted] | Plumber |
| Ebubekir Gül | [redacted] | Plumber |
| Ali Güneş | [redacted] | Plumber |
| Mükremin Çobanpınarı | [redacted] | Electrician |
| Sakin Polat | [redacted] | Electrician |
| Ali Çakır | [redacted] | Plumber |
| Muharrem Başaran | [redacted] | Carpenter |
| Ömer Dönmez | [redacted] | Carpenter |
| Deniz Öztürk | [redacted] | Carpenter |
| Kadir Mucur | [redacted] | Carpenter |
| Cengiz Kaya | [redacted] | Carpenter |
| Mustafa Doğan | [redacted] | Carpenter |
| Ertan Gül | [redacted] | Carpenter |
| Osman Yentür | [redacted] | Plumber |
| Ahmet Küçükhurman | [redacted] | Electrician |
| Osman Güneş | [redacted] | Electrician |
| İdris Kocamaz | [redacted] | Carpenter |
| Tuncay Yarbaşı | [redacted] | |
| Ramazan Atasoy | [redacted] | Carpenter |
| Mehmet Çerçibaşı | [redacted] | Carpenter |
| Ramazan Tekten | [redacted] | Carpenter |
| Mehmet Barış Derintaş | [redacted] | Carpenter |
| Gökhan Güneş | [redacted] | Electrician |