Richard C. Miller, F0458
BANES HOREY BERMAN & MILLER, LLC
Suite 201, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: RMiller@pacificlawyers.law

*Attorneys for Plaintiffs*

F I L E D
Clerk
District Court
APR 29 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC and IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD.,<br><br>Defendants. | Case No. 1:20-CV-00031<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO SEND OUT CLASS NOTICE** |

For good cause shown by the Declaration of Özcan Genç (ECF No. 60-3) and attached exhibits (ECF No. 60-1 and 60-2), Plaintiffs' Motion for Permission to Send Out Class Notice (ECF No. 60) is GRANTED.

SO ORDERED this 29th day of April, 2022.

_____
RAMONA V. MANGLONA
Chief Judge