Richard C. Miller, F0458
BANES HOREY BERMAN & MILLER, LLC
Suite 201, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: RMiller@pacificlawyers.law

*Attorneys for Plaintiffs*

# IN THE DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD., and IDS DEVELOPMENT MANAGEMENT & CONSULTANCY,<br><br>Defendants. | Case No. 1:20-CV-00031<br><br>**PROPOSED DISTRIBUTION OF SETTLEMENT AMOUNT TO FLSA COLLECTIVE ACTION MEMBERS** |

On October 5, 2022, Plaintiffs filed a Motion to Approve Compromise Settlement of FLSA Judgment (ECF No. 68). In the Motion, Plaintiffs indicated that the proposed compromise settlement in the amount of $450,000 (not including attorney fees and costs) would fully compensate each FLSA collective action member for unpaid wages and liquidated damages, and that the compromise would affect only punitive damages. Plaintiffs hereby submit a proposed distribution.

The total amount of the FLSA Judgment (ECF No. 57), exclusive of attorney fees and costs and post-judgment interest, is $477,935.91. Of this amount, $312,288.91 is for unpaid

wages and liquidated damages, and $165,657.00 is for punitive damages (Decision and Order, ECF No. 52, p. 2). Under the settlement with IPI, after full payment of the award for unpaid wages and liquidated damages, there remains $137,711.09 as the compromise of punitive damages. This represents a discount of 16.86472 percent.

In the following chart, the first column shows the punitive damages the Court awarded each member of the collective, as set forth in the Decision and Order, p. 34; the second column shows punitive damages to each member after applying the settlement discount. The remaining columns show full unpaid wages, full liquidated damages, and the total payout to each member under the compromise settlement.

| Name | Punitive Damages | Punitives under settlement (16.86472% discount) | Unpaid Wages | Liquidated damages | Total Settlement Amount |
|---|---|---|---|---|---|
| Ahmet Kızmaz | $ 5,500.00 | $ 4,572.44 | $ 680.66 | $ 9,056.82 | $ 14,309.91 |
| Ahmet Küçükhurman | $ 5,500.00 | $ 4,572.44 | $ 776.09 | $ 9,056.82 | $ 14,405.35 |
| Ali Çakır | $ 5,500.00 | $ 4,572.44 | $ 852.00 | $ 9,056.82 | $ 14,481.26 |
| Ali Güneş | $ 5,500.00 | $ 4,572.44 | $ 1,905.90 | $ 9,935.38 | $ 16,413.72 |
| Deniz Őztürk | $ 5,500.00 | $ 4,572.44 | $ 863.96 | $ 9,056.82 | $ 14,493.22 |
| Ebubekir Gül | $ 5,500.00 | $ 4,572.44 | $ 863.95 | $ 9,056.82 | $ 14,493.21 |
| Ertan Gül | $ 5,500.00 | $ 4,572.44 | $ 1,458.32 | $ 9,935.38 | $ 15,966.14 |
| Fuat Mert Őztuna | $ 1,747.00 | $ 1,452.37 | $ - | $ 29,307.75 | $ 30,760.12 |
| Gökhan Güneş | $ 5,500.00 | $ 4,572.44 | $ 991.48 | $ 9,056.82 | $ 14,620.74 |
| Hasan Gökçe | $ 8,800.00 | $ 7,315.90 | $ 14.30 | $ 9,935.38 | $ 17,265.58 |
| İdris Kocamaz | $ 5,500.00 | $ 4,572.44 | $ 964.59 | $ 9,056.82 | $ 14,593.85 |
| Kadir Mucur | $ 5,500.00 | $ 4,572.44 | $ 1,184.91 | $ 9,056.82 | $ 14,814.17 |

| Name | | | | | |
|---|---|---|---|---|---|
| Mehmet Bariş Derintaş | $ 5,500.00 | $ 4,572.44 | $ 680.68 | $ 9,056.82 | $ **14,309.94** |
| Mehmet Çerçibaşi | $ 5,500.00 | $ 4,572.44 | $ 863.96 | $ 9,056.82 | $ **14,493.22** |
| Mehmet Karakaya | $ 8,800.00 | $ 7,315.90 | $ 680.66 | $ 9,056.82 | $ **17,053.38** |
| Muharrem Başaran | $ 5,500.00 | $ 4,572.44 | $ 863.97 | $ 9,056.82 | $ **14,493.23** |
| Mükremin Çobanpinari | $ 5,500.00 | $ 4,572.44 | $ 935.63 | $ 9,056.82 | $ **14,564.89** |
| Mustafa Doğan | $ 5,500.00 | $ 4,572.44 | $ 1,470.67 | $ 9,056.82 | $ **15,099.93** |
| Mustafa Orçun | $ 5,500.00 | $ 4,572.44 | $ 680.68 | $ 9,056.82 | $ **14,309.94** |
| Őmer Dönmez | $ 5,500.00 | $ 4,572.44 | $ 863.96 | $ 9,056.82 | $ **14,493.22** |
| Osman Güneş | $ 5,500.00 | $ 4,572.44 | $ 985.96 | $ 9,056.82 | $ **14,615.22** |
| Osman Yentür | $ 5,500.00 | $ 4,572.44 | $ 890.37 | $ 9,056.82 | $ **14,519.63** |
| Őzcan Genç | $ 8,800.00 | $ 7,315.90 | $ - | $ 9,935.38 | $ **17,251.28** |
| Ramazan Atasoy | $ 5,500.00 | $ 4,572.44 | $ 863.96 | $ 9,056.82 | $ **14,493.22** |
| Ramazan Tekten | $ 5,500.00 | $ 4,572.44 | $ 304.37 | $ 9,056.82 | $ **13,933.63** |
| Sakin Polat | $ 5,500.00 | $ 4,572.44 | $ 412.09 | $ 9,056.82 | $ **14,041.35** |
| Sezai Kaya | $ 5,500.00 | $ 4,572.44 | $ 935.63 | $ 9,056.82 | $ **14,564.89** |
| Suleyman Köş | $ 5,500.00 | $ 4,572.44 | $ 2,003.20 | $ 9,935.38 | $ **16,511.02** |
| Tuncay Yarbaşi | $ 5,500.00 | $ 4,572.44 | $ 1,005.58 | $ 9,056.82 | $ **14,634.84** |
| *Total:* | *$ 165,647.00* | *$ 137,711.10* | *$ 24,997.53* | *$ 287,291.38* | *$ **450,000.01*** |

Counsel will send the Excel spreadsheet from which this chart was copied to the Court's USDCNMI address. If the Court approves this distribution, the extra penny ($450,000.01) can be taken from the compromise settlement of attorney fees and costs.

Respectfully submitted this 6th day of October, 2022.

BANES HOREY BERMAN & MILLER, LLC

_____/s/_____
Richard C. Miller