Richard C. Miller, F0458
BANES HOREY BERMAN & MILLER, LLC
Suite 201, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: RMiller@pacificlawyers.law

*Attorneys for Plaintiffs*

# IN THE DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD., and IDS DEVELOPMENT MANAGEMENT & CONSULTANCY,<br><br>Defendants. | Case No. 1:20-CV-00031<br><br>REQUEST FOR HEARING |

COME NOW Plaintiffs and request that the Court set a hearing, at its earliest convenience, on their Motion to Approve Compromise Settlement of FLSA Judgment (ECF No. 68) and Request for Attorney Fees and Costs (ECF No. 70).

Respectfully submitted this 28th day of October, 2022.

                                              BANES HOREY BERMAN & MILLER, LLC
                                              Attorneys for Plaintiffs

                                              _____/s/_____
                                              Richard C. Miller