FILED
Clerk
District Court
NOV 10 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:20-cv-00031

November 10, 2022
9:05 a.m.

**OZCAN GENC et al., -vs- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC. et al.,**

PRESENT:   HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
           GRETCHEN SMITH, LAW CLERK
           HEIDI DOOGAN, COURT REPORTER
           FRANCINE ATALIG, COURTROOM DEPUTY
           RICHARD MILLER, ATTORNEY FOR PLAINTIFF
           TAO XING, IPI REPRESENTATIVE

PROCEEDINGS:  MOTION TO APPROVE COMPROMISE SETTLEMENT AND FLSA JUDGMENT AND ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT / REQUEST FOR ATTORNEY'S FEES AND COSTS

Mr. Tao Xing apprised the Court that Defendant IPI remains without counsel.

Court addressed Plaintiff's Motion to Approve Compromise Settlement of FLSA Judgment and Acknowledgment of Satisfaction of Judgment. Attorney Miller apprised the Court that the stipulation is as to the first and second cause of action and not the third cause of action, breach of contract. Attorney Miller further apprised the Court that Plaintiff will be filing a motion for entry of default judgment as to the third cause of action.

Court granted Plaintiff's Motion to Approve Compromise Settlement of FLSA Judgment and Acknowledgment of Satisfaction of Judgment, ECF No. [68], as to the first and second causes of action.

Court addressed Plaintiff's Request for Attorney's Fees and Costs. Court had questions and Attorney Miller responded regarding expenses. Court apprised Attorney Miller it will exclude certain expenses as it is unallowable. Court denied the higher rate but approved the $90 rate as to the services by a paralegal.

Court granted Plaintiff's Request for Attorney's Fees and Costs, ECF No. [70]. Court ordered that Plaintiff's counsel distribute the funds to the Plaintiff's under the settlement agreement. Court to issue an order and a written decision.

Adjourned at 9:35 a.m.
/s/ Francine Atalig, Courtroom Deputy