F I L E D
Clerk
District Court

DEC 23 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖÇKE, and SÜLEYMAN KÖŞ, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC, and IMPERIAL PACIFIC INTERNATIONAL HOLDINGS, LTD.,<br><br>Defendants. | Case No 1:20-cv-00031<br><br>NOTICE OF ENTRY OF SATISFACTION<br>OF FINAL JUDGMENT<br>FOR THE FLSA CLAIMS |

**NOTICE** is hereby given that **SATISFACTION OF FINAL JUDGMENT FOR THE FLSA CLAIMS** is hereby entered pursuant to the Decision & Order Granting Plaintiffs' Motion to Approve FLSA Settlement and Acknowledgment of Satisfaction of Final Judgment for the FLSA Claims (ECF No. 73) filed and entered on November 12, 2022.

DATED this 23rd day of December, 2022.

_____
HEATHER L. KENNEDY
Clerk of Court