Richard C. Miller, F0458
**BANES HOREY BERMAN & MILLER, LLC**
Suite 201, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: RMiller@pacificlawyers.law

*Attorneys for Plaintiffs*

**IN THE DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC and IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD.,<br><br>Defendants. | Case No. 1:20-CV-00031<br><br>**JOINT REQUEST FOR SETTLEMENT CONFERENCE** |

Plaintiffs and Defendants jointly request that the Court set a settlement conference before Magistrate Judge Heather L. Kennedy in this case together with *Genc et al. v. Imperial Pacific International (CNMI), LLC,* Case No. 1:22-CV-00002, in January 2024, if possible. The earliest date all counsel for the parties are available is January 17, 2024.

Respectfully submitted, December 8, 2022.

/s/
by Richard C. Miller
Banes Horey Berman & Miller, LLC
Attorney for Plaintiffs

/s/
by Stephen Nutting
Law Office of Stephen J. Nutting

1

6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950

_____/s/_____
by Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
Pro Hac Vice

Attorneys for Defendants
Imperial Pacific International
(CNMI), LLC, and IPI Holdings Inc.

2